NUMBERS 13-07-00583-CR AND 13-07-00584-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

GEORGE ARTHUR MERRILL, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On Appeal from the 105th District Court


of Kleberg County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela 


Memorandum Opinion Per Curiam



 Appellant, George Arthur Merrill, by and through his attorney, has filed motions to
dismiss his appeals because he no longer desires to prosecute them. See Tex. R. App.
P. 42.2(a). Without passing on the merits of the cases, we grant appellant's motions to
dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. 
Having dismissed the appeals at appellant's request, no motions for rehearing will be
entertained, and our mandates will issue forthwith.


 PER CURIAM

Do not publish. 

See Tex. R. App. P. 47.2(b). 


Memorandum Opinion delivered and 

filed this 21st day of August, 2008.